```
 1
 2
 3
 4
 5
 6
 7
```
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MYFORD JENKINS,                  )   NO. CV 11-1025-DMG(E)
                                     )
12           Plaintiff,              )
                                     )
13      v.                           )   ORDER ADOPTING FINDINGS,
                                     )
14  CITY OF LOS ANGELES, et al.,     )   CONCLUSIONS AND RECOMMENDATIONS
                                     )
15           Defendants.             )   OF UNITED STATES MAGISTRATE JUDGE
    _____)

16

17

18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19  Complaint, all of the records herein and the Report and Recommendation

20  of the United States Magistrate Judge.  The Court approves and adopts

21  the Magistrate Judge's Report and Recommendation.

22

23       IT IS ORDERED that Judgment shall be entered dismissing the

24  action without prejudice.

25  ///

26  ///

27  ///

28  ///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff.

DATED: September 13, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE