**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MYFORD JENKINS, | ) | NO. CV 11-1025-DMG(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CITY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

   IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 13, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE